UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK EARL MILLER,** | : |
| Plaintiff | : |
| v. | : |
| **UNITED STATES,** | : |
| Defendant | : |

CIVIL ACTION NO. 3:14-0370

(JUDGE MANNION)

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment (Doc. 14) is **GRANTED**. Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

2. Plaintiff's motions for appointment of counsel (Doc. 23) and to compel discovery (Doc. 24) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: November 6, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0370-01-ORDER.wpd